Marshall v. State . . . . . . . . . . . . . . 02A03–1607–CR–1700   02/22/2017   ROBB, J.   Affirmed in part, reversed and remanded in part

KIRSCH, J.   Concurs
BARNES, J.   Concurs

Millen v. State . . . . . . . . . . . . . . . 84A05–1606–CR–1359   02/22/2017   VAIDIK C.J.   Affirmed
BRADFORD, J.   Concurs
BROWN, J.   Concurs

Yoder v. State . . . . . . . . . . . . . . . . 20A04–1607–PC–1674   02/22/2017   BAILEY, J.   Affirmed in part, reversed in part, and remanded with instructions

NAJAM, J.   Concurs
MAY, J.   Concurs

Cruz v. State. . . . . . . . . . . . . . . . . 71A03–1606–CR–1492   02/22/2017   ROBB, J.   Affirmed
KIRSCH, J.   Concurs
BARNES, J.   Concurs

Artis v. State. . . . . . . . . . . . . . . . . 82A05–1608–CR–1747   02/22/2017   BAILEY, J.   Affirmed
NAJAM, J.   Concurs
MAY, J.   Concurs

Green v. State . . . . . . . . . . . . . . . . 02A03–1608–CR–2015   02/22/2017   VAIDIK C.J.   Affirmed
BRADFORD, J.   Concurs
BROWN, J.   Concurs

White v. State . . . . . . . . . . . . . . . . 70A04–1607–CR–1752   02/22/2017   BAILEY, J.   Affirmed
NAJAM, J.   Concurs
MAY, J.   Concurs

Berry v. State. . . . . . . . . . . . . . . . . 71A03–1606–CR–1349   02/22/2017   BRADFORD, J.   Affirmed
VAIDIK C.J.   Concurs
BROWN, J.   Concurs

Speck v. State . . . . . . . . . . . . . . . . 49A02–1609–CR–2195   02/22/2017   BRADFORD, J.   Affirmed
VAIDIK C.J.   Concurs
BROWN, J.   Concurs

Han Chong v. Jung Hee Kim . . . . . 53A01–1609–PO–2073   02/22/2017   BAILEY, J.   Reversed
KIRSCH, J.   Concurs
MAY, J.   Concurs